UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| EFIM KISELEV, et al., | Case No. 8:24-cv-02673-JDE |
| Plaintiffs, | JUDGMENT |
| v. | |
| UR MENDOZA JADDOU, et al., | |
| Defendants. | |

     Pursuant to the Order granting Defendants' Motion to Dismiss and finding this Court lacks jurisdiction over this action,

     IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is DISMISSED without prejudice.

Dated: June 13, 2025___

_____

JOHN D. EARLY
United States Magistrate Judge